1  Dennis G. Woods, WSBA No. 28713
   dwoods@scheerlaw.com
2  Gregory P. Thatcher, WSBA No. 40902
   gthatcher@scheerlaw.com
3  SCHEER & ZEHNDER LLP
   701 Pike Street, Suite 2200
4  Seattle, WA  98101
5  206.262.1200
   Attorneys for Home Depot USA, Inc.
6

7

8                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10 | DILA DEWEY, and individual,                    |
11 |                              Plaintiff,        | NO. 3:10-CV-05037-RJB
12 |       v.                                       | STIPULATION AND ORDER FOR
                                                    | DISMISSAL OF AFFIRMATIVE
13 | HOME DEPOT USA, Inc., a foreign                | DEFENSES
   | corporation, doing business in the State of    |
14 | Washington under the assumed name of THE       |
   | HOME DEPOT; HD DEVELOPMENT OF                  |
15 | MARYLAND, Inc., a Foreign Corporation,         |
   | doing business in the State of Washington; and |
16 | "JOHN DOE" and "JANE DOE," husband and         |
   | wife, and the marital community thereof,       |
17 |                                                |
   |                              Defendants.       |
18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR DISMISSAL OF AFFIRMATIVE
DEFENSES (Cause No. 3:10-cv-05037-RJB) – Page 1

**SCHEER & ZEHNDER LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065

75 007 gb090905

### I. STIPULATION

The parties stipulate that the affirmative defenses for expiration of the statute of limitations and failure to state a claim upon which relief can be granted, or Affirmative Defenses Nos. 1 and 3 of defendant Home Depot USA's Answer, may be dismissed without prejudice and without costs.

Form and substance approved by:

| | |
|---|---|
| /s/Thomas B. Vertetis | /s/Dennis G. Woods |
| Thomas B. Vertetis, WSBA No. 29805 | Dennis G. Woods, WSBA No. 28713 |
| Attorney for Plaintiff Dila Dewey | Gregory P. Thatcher, WSBA No. 40902 |
| | Attorneys for Defendants Home Depot and HD Development of Maryland |

### II. ORDER

This matter coming before the Court on the above Stipulation, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDRED** that defendant Home Depot USA's Affirmative Defenses Nos. 1 and 3 are **DISMISSED** without prejudice and without costs.

DATED this 8th day of March, 2010.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

SCHEER & ZEHNDER LLP

By: /s/Dennis G. Woods
   Dennis G. Woods, WSBA No. 28713
   Gregory P. Thatcher, WSBA No. 40902
Attorneys for Defendants Home Depot USA
and HD Development of Maryland

STIPULATION AND ORDER FOR DISMISSAL OF AFFIRMATIVE DEFENSES (Cause No. 3:10-cv-05037-RJB) – Page 2

75 007 gb090905

**SCHEER & ZEHNDER LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065