Dennis G. Woods, WSBA No. 28713
  dwoods@scheerlaw.com
Gregory P. Thatcher, WSBA No. 40902
  gthatcher@scheerlaw.com
SCHEER & ZEHNDER LLP
701 Pike Street, Suite 2200
Seattle, WA  98101
206.262.1200
Attorneys for Home Depot USA, Inc.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DILA DEWEY, and individual,<br><br>        Plaintiff,<br><br>  v.<br><br>HOME DEPOT USA, Inc., a foreign corporation, doing business in the State of Washington under the assumed name of THE HOME DEPOT; HD DEVELOPMENT OF MARYLAND, Inc., a Foreign Corporation, doing business in the State of Washington; and "JOHN DOE" and "JANE DOE," husband and wife, and the marital community thereof,<br><br>        Defendants. | NO. 3:10-CV-05037-RJB<br><br>STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT HD DEVELOPMENT OF MARYLAND WITH PREJUDICE |

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT HD DEVELOPMENT OF MARYLAND WITH PREJUDICE (Cause No. 3:30-cv-05037-RJB) – Page 1

75 007 gb090904

**SCHEER & ZEHNDER LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065

### I.   **STIPULATION**

The parties stipulate that defendant HD Development of Maryland, Inc., may be dismissed from this case with prejudice and without cost.  The parties further stipulate that defendant Home Depot, USA, Inc., is responsible to plaintiff Dila Dewey for any damages that could have been found against HD Development of Maryland had it remained a party to this action.

Form and substance approved by:

/s/Thomas B. Vertetis  
Thomas B. Vertetis, WSBA No. 29805  
Attorney for Plaintiff Dila Dewey

/s/Dennis G. Woods  
Dennis G. Woods, WSBA No. 28713  
Gregory P. Thatcher, WSBA No. 40902  
Attorneys for Defendants Home Depot and HD Development of Maryland

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT HD DEVELOPMENT OF MARYLAND WITH PREJUDICE (Cause No. 3:30-cv-05037-RJB) – Page 2

75 007 gb090904

**SCHEER & ZEHNDER LLP**  
701 PIKE STREET, SUITE 2200  
SEATTLE, WA  98101  
P: (206) 262-1200  F: (206) 223-4065

**II.     ORDER OF DISMISSAL**

This matter coming before the Court on the parties above Stipulation, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that defendant HD Development of Maryland is **DISMISSED** from this action **WITH PREJUDICE**;

**IT IS SO ORDERED**.

DATED this 8th day of March, 2010.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

SCHEER & ZEHNDER LLP

By: /s/Dennis G. Woods_____
    Dennis G. Woods, WSBA No. 28713
    Gregory P. Thatcher, WSBA No. 40902
Attorneys for Defendants Home Depot USA
and HD Development of Maryland

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT HD DEVELOPMENT OF MARYLAND WITH PREJUDICE (Cause No. 3:30-cv-05037-RJB) – Page 3

75 007 gb090904

**SCHEER & ZEHNDER LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065